## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Martin Arevallo-Guerrero,                    \* From the 238th District
                                               Court of Midland County,
                                               Trial Court No. CR 36669.


Vs. No. 11-10-00216-CR                       \* May 9, 2013


The State of Texas,                          \* Memorandum Opinion by Wright, C.J.
                                               (Panel consists of: Wright, C.J.,
                                               McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.